UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY
COMPANY OF AMERICA,

      Plaintiff,

  - against -

SOUTHWEST MARINE AND
GENERAL INSURANCE COMPANY &
SELECTIVE WAY INSUARNCE
COMPANY,

      Defendants.

---

26-cv-3692 (JGK)

Order

John G. Koeltl, District Judge:

  The parties are directed to submit a Rule 26(f) report by **July 2, 2026.**

SO ORDERED.

Dated:  New York, New York
     June 18, 2026

            John G. Koeltl
          United States District Judge