UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY
OF AMERICA,

Plaintiff(s)

26 civ 3692 (JGK)

-against-

SOUTHWEST MARINE and GENERAL INSURANCE
COMPANY, et al,

Defendant(s).
-------------------------------------------------------------X

**ORDER**

A conference scheduled for Tuesday, September 15, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 8, 2026