**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**The Travelers Indemnity Company of America,**

**Plaintiff,**

**-against-**

**Southwest Marine and General Insurance Company, et al.,**

**Defendants.**

**1:26-cv-03692 (JGK) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall file a joint letter on Friday, October 16, 2026 regarding the status of discovery.

**SO ORDERED.**

Dated: New York, New York
September 10, 2026

Stewart d. Aaron
_______________________________
STEWART D. AARON
United States Magistrate Judge